DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRELL MILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0286
_____

October 31, 2025

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Darrell Mills, pro se.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.